UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| V. | * | Case. No. 23-4742 |
| STANISLAV YELIZAROV | * | |
| Defendant | * | |
| For: STANISLAV YELIZAROV | * | |

## MOTION TO WITHDRAW AS COUNSEL

Richard Bardos, counsel appointed in the trial court, hereby moves this Court to permit him to withdraw as counsel for Appellant, STANISLAV YELIZAROV. Appellant in this matter already has appointed counsel, Justin Eisele, in his related case before this Court, Case No. 22-6698. This Court does not generally appoint two attorneys in cases arising from the same District Court number, as these two appeals do. There are no grounds for an exception to that general rule.

Mr. Eisele has agreed to handle both matters. Therefore, undersigned counsel respectfully requests permission to withdraw as counsel for Appellant in this matter.

WHEREFORE, Richard Bardos, appointed counsel moves this Honorable Court to permit him to withdraw as counsel in the instant appeal.

Respectfully submitted,

_____/s/_____
Richard Bardos
Schulman, Hershfield & Gilden, P.A.
1 East Pratt Street, 9th Floor
Baltimore, Maryland 21202
(410) 332 0850

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 19th of    December, 2023, a copy of the foregoing Motion was served electronically by ECF to: Office of the United States Attorney, 36 South Charles Street, Fourth Floor, Baltimore, Maryland 21201.

_____/s/_____
Richard Bardos