IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket # **22-6698, 23-4742** |
| | ) | |
| V. | ) | CONSENT MOTION TO EXTEND TIME TO FILE BRIEF AND APPENDIX |
| | ) | |
| Stanislav Yelizarov | ) | |
| | ) | |

**COMES NOW** the Appellant, Stanislov Yelizarov by and through his attorney, Justin Eisele, and states the following:

1. The Brief and Appendix for this matter are due March 25, 2024.

2. Counsel needs more time to review the resentencing transcript in this case and schedule a jail call visit with the client before filing a brief in this matter.

3. This is the first extension for briefing in this case since the most recent briefing order.

4. Counsel has reached out to opposing counsel, Paul Budlow, but his email indicates he is out of the office.

5. Counsel requests an extension of 20 days.

**WHEREFORE**, Appellant prays that this Honorable Court grant him an extension of 20 days and reset the new due date for the brief and appendix for April April 15, 2024.

Respectfully submitted,

___/s/_____

Justin Eisele
PO BOX 1127
Rockville, MD 20850
301-513-7832  F:443-588-0400
Justin.eisele@seddiqlaw.com

2